PHILLIP A. TALBERT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>     v.<br><br>AMADOR RODRIGUEZ JR. RAMIREZ,<br><br>                            Defendant. | Case No.  1:21-cr-00170-DAD<br><br>**STIPULATION TO CONTINUE AUGUST 17, 2022 STATUS CONFERENCE TO SEPTEMBER 7, 2022; ORDER** |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, United States Attorney, Philip A. Talbert and Assistant United States Attorney, Brian W. Enos, and defendant Amador Rodriguez Jr. Ramirez ("defendant"), by and through defendant's counsel of record, Erin M. Snider, Esq., hereby stipulate as follows:

1. By previous order, this matter was set for status conference at 2:00 pm on Wednesday, August 17, 2022 (2:00 pm) in Courtroom 7. Dkt. 14.

2. By this stipulation, the parties stipulate to continue this status conference to Wednesday, September 7, 2022 (2:00 pm) in Courtroom 9.

3. The parties base this stipulation on good cause, and request that the Court endorse it by way of formal order.  Specifically:

///

a) The United States Probation Office's supervision of defendant was transferred from the Southern District of California to the Eastern District of California in June 2021. Dkts. 1 and 2. A Rule 12C superseding petition was filed in this District on September 27, 2021. Dkt. 7. Defendant's initial appearance took place on May 16, 2022 (Dkt. 9) and detention hearing took place on May 23, 2022. Dkt. 11.

b) At the conclusion of the detention hearing, the court ordered that defendant was "to be released May 26, 2022 to a representative at the Federal Defender's Office who shall then transport defendant forthwith to Quest House where he shall reside for a period no less than 90 days." The court at this time also set a status conference for August 17, 2022. Dkt. 11.

c) On July 28, 2022, the court issued a minute order wherein it ordered the parties to meet and confer about the case and file, by Monday, August 15, 2022, either a (1) stipulation to continue the August 17 status conference, or (2) joint report addressing what could be accomplished at the same. Dkt. 14.

d) The parties have since met and conferred about the case. Pursuant to the same, they ask that this matter be continued to Wednesday, September 7, 2022.

e) Since this matter's last court appearance, defendant is set to successfully complete the 90-day program at Quest House on August 24, 2022. U.S. Probation is now working with him to find a suitable residence. A tentative location has been identified. While such a residence may not be confirmed as appropriate for defendant's placement until after August 17, the parties expect that U.S. Probation will be able to do so soon.

f) After discussing respective calendars, the parties determined that they are both able to appear at a continued status conference on September 7, 2022. By that time, the parties anticipate being able to advise the court the extent this matter can be resolved prior to the scheduling of a contested hearing. The September 7, 2022 duty calendar is set to take place in Courtroom 9.

///
///
///

IT IS SO STIPULATED.

Dated:  August 15, 2022         PHILLIP A. TALBERT
                                United States Attorney


                                /s/ Brian W. Enos
                                Brian W. Enos
                                Assistant United States Attorney

                                *(As authorized 8/15/22)*

Dated:  August 15, 2022         /s/ Erin M. Snider
                                Erin M. Snider
                                Counsel for Defendant
                                Amador Rodriguez Jr. Ramirez

**ORDER**

IT IS SO ORDERED.


DATED: 8/15/2022                *Sheila K. Oberto*
                                Hon. Sheila K. Oberto
                                United States Magistrate Judge

3