```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
Facsimile: (559) 441-7115

Attorney for Defendant
AMADOR RODRIGUEZ JR RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 1: 21 CR 170 DAD |
| Plaintiff, | MOTION TO TERMINATE CJA APPOINTMENT OF JAMES R. HOMOLA AS ATTORNEY OF RECORD |
| V. | [~~PROPOSED~~ ORDER] |
| AMADOR RODRIGUEZ JR RAMIREZ, | |
| Defendant. | |

On May 8, 2025, a Petition for Warrant was filed, alleging three violations of supervised release. On May 20, 2025, Magistrate Judge GROSJEAN appointed attorney James R. Homola to represent Mr. RODRIGUEZ. On May 28, 2025, a superseding Petition was filed, alleging an additional violation. On July 16, 2025, Mr. RODRIGUEZ admitted three of the charged violations, and on August 11, 2025, he was sentenced to ten months in custody, with no supervised release to follow, in proceedings before Judge DALE A.DROZD.

Mr. RODRIGUEZ is in BOP custody. The period within which to file a notice of appeal has passed. There is no further action to be taken in this matter. Having completed his representation of Mr. RODRIGUEZ, CJA attorney James R. Homola now moves to terminate his appointment under the Criminal Justice Act.

Dated: September 17, 2025

    Respectfully submitted        /s/ James R. Homola
                                          JAMES R. HOMOLA
                                          Attorney for Defendant

[~~PROPOSED~~] ORDER

Having reviewed the notice, and finding that attorney James R. Homola has completed the services for which he was appointed, the Court hereby grants attorney James R. Homola's request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California, at 2300 Tulare Street, Suite 330, Fresno California 93721.  The telephone numbers for that office are (559) 487-5561 (collect) or (858) 656-4360 (toll free).  If appropriate the office will arrange for the appointment of counsel to assist the Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant RAMIREZ at the following address, and to update the docket to reflect Defendant's pro se status and contact information.

    AMADOR RODRIGUEZ JR RAMIREZ
    Fresno County Jail
    PO Box 872
    Fresno, CA  93712

**IT IS SO ORDERED**

Dated:  September 24 , 2025        /s/ Jennifer L. Thurston
                                            United States District Judge